ORIGINAL

**IN THE UNITED STATES DISTRICT COURT** NORTHERN DISTRICT OF TEXAS

**FOR THE NORTHERN DISTRICT OF TEXAS**

**AMARILLO DIVISION**

APR 2 0 2006

CLERK, U.S. DISTRICT COURT

By _____
     Deputy

| | | |
|---|---|---|
| LUCINDA G. MILLER and ELAINE KING MILLER, | § § | |
| PLAINTIFFS, | § | CIVIL ACTION CAUSE NUMBER |
| v. | § § | |
| TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER, | § § | 2:00-CV-364-J |
| DEFENDANT. | § § | |

### VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached questions and return

such answer in open court, and under the instructions of the Court, as our verdict in this cause.

# REDACTED

_____

FOREPERSON

DATE: April __19__, 2006

**Question Number 1**

Do you find from a preponderance of the evidence that Plaintiff Lucinda Miller was constructively discharged by the Defendant?

Answer "Yes" or "No."

ANSWER: ___*NO*___

If you have answered "Yes" in Question Number 1, then answer Question Number 2.

If you have answered "No" in Question Number 1, then do not answer Question Number 2, and go on to Question Number 3.

**Question Number 2**

Do you find that the Defendant violated Title VII by retaliating against Plaintiff Lucinda

Miller for complaining to her employer about discrimination in pay or tenure based on gender?

Answer "Yes" or "No."

ANSWER: _____

**Question Number 3**

Do you find that the Defendant violated Title VII by discriminating against Plaintiff Lucinda Miller because of her gender by denying her tenure?

Answer "Yes" or "No."

ANSWER: ___*NO*___

**Question Number 4**

Do you find that the Defendant violated the Equal Pay Act by the salary it paid Plaintiff Lucinda Miller?

Answer "Yes" or "No."

ANSWER: _YES_

If you have answered "Yes" in Question Number 4, then answer Question Number 5.

Otherwise, do not answer Question Number 5, and go on to Question Number 6.


**Question Number 5**


Do you find that the Defendant's action in violating the Equal Pay Act was willful?


Answer "Yes" or "No."


ANSWER: ___*NO*___

If you have answered "Yes" in Question Number 2 **or** 3, then answer Question Number 6.

If you have answered "No" to Questions Number 2 **and** 3, then go on to Question Number 7.


### Question Number 6


What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff Lucinda Miller for compensatory damages sustained as a result of the Defendant's violation of Title VII?


Answer in dollars and cents for compensatory damages, if any.


Answer:  $_____

If you have answered "Yes" in Question Number 2 , then answer Question Number 7.  If you have answered "No" to Question Number 2, then go on to Question Number 8.

**Question Number 7**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff Lucinda Miller for back pay damages from the time of her constructive discharge through today?

Answer in dollars and cents for back pay damages, if any.

Answer:  $_____

If you have answered "Yes" in Question Number 4 , then answer Question Number 8.  If you have answered "No" to Question Number 4, then go on to Question Number 9.

### Question Number 8

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff Lucinda Miller for lost wages because of the Defendant's violation of the Equal Pay Act?

Answer in dollars and cents for lost wages, if any.

Answer: $ 15,000.00

**Question Number 9**


Do you find that the Defendant violated Title VII by discriminating against Plaintiff Elaine

King Miller because of her gender by denying her tenure?


Answer "Yes" or "No."


ANSWER: _NO_

## Question Number 10

Do you find that the Defendant violated Title VII by retaliating against Plaintiff Elaine King Miller for complaining to her employer about pay or tenure discrimination?

Answer "Yes" or "No."

ANSWER: ___*NO*___

**Question Number 11**


Do you find from a preponderance of the evidence that the Defendant violated the Equal Pay

Act by the salary it paid Plaintiff Elaine King Miller?


Answer "Yes" or "No."


ANSWER: _YES_

If you have answered "Yes" in Question Number 11, then answer Question Number 12.

Otherwise, do not answer Question Number 12, and go on to Question Number 13.

**Question Number 12**

Do you find that the Defendant's violation of the Equal Pay Act was willful?

Answer "Yes" or "No."

ANSWER: _*NO*_

If you have answered "No" to Questions Number 9 **and** 10, then answer Question Number 13.

If you have answered "Yes" to Question Number 9 **or** 10, then do not answer Questions Number 13 **or** 14, and go on to Question Number 15.

## Question Number 13

Do you find that the Defendant violated the Rehabilitation Act of 1973 by failure to provide reasonable accommodation for the disability of Plaintiff Elaine King Miller, as explained for you in the Charge?

Answer "Yes" or "No."

ANSWER: _NO_____

**Question Number 14**

Do you find that the Defendant violated the Rehabilitation Act of 1973 by subjecting Plaintiff Elaine King Miller to a hostile work environment as defined in the Charge solely because of her disability or request for accommodation?

Answer "Yes" or "No."

ANSWER: _____*NO*_____

If you have answered "Yes" to Question Number 9, 10, 13, **or** 14, then answer Question Number 15. Otherwise, go on to Question Number 16.

**Question Number 15**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff Elaine King Miller for compensatory damages sustained as a result of the Defendant's violation of the law which you have found?

Answer in dollars and cents for compensatory damages, if any.

Answer:  $_____

If you have answered "Yes" to Question Number   9, then answer Question Number 16. Otherwise do not answer Question Number 16.

**Question Number 16**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff Elaine King Miller for back pay damages from the date of her termination through today that were sustained as a result of the Defendant's violation of the law?

Answer in dollars and cents for back pay damages, if any.

Answer: $_____