ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

APR 2 0 2006

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | | |
|---|---|---|
| LUCINDA G. MILLER and ELAINE KING MILLER, | § § § | |
| PLAINTIFFS, | § | |
| v. | § § | CIVIL ACTION CAUSE NUMBER |
| TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER, | § § § § | 2:00-CV-364-J |
| DEFENDANT. | § | |

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached question and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

**REDACTED**

FOREPERSON

DATE: April 19, 2006

If you have answered "Yes" in Question Number 11, then answer Question Number 17.

If you have answered "No" to Question Number 11, then do not answer Question Number 17.

**Question Number 17**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff Elaine King Miller for lost wages because of the Defendant's violation of the Equal Pay Act?

Answer in dollars and cents for lost wages, if any.

Answer: $ 43,000.00