IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 6 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| LUCINDA G. MILLER and ELAINE KING MILLER, | § § § | |
| PLAINTIFFS, | § | |
| v. | § § | CIVIL ACTION CAUSE NUMBER |
| TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER, | § § § § | 2:00-CV-364-J |
| DEFENDANT. | § § | |

**FINAL JUDGMENT**

The above-styled cause having come on for a trial before a jury and the jury having found in favor of both Plaintiffs on their Equal Pay Act causes of action, it is therefore

ORDERED, ADJUDGED and DECREED that Plaintiff LUCINDA G. MILLER recover from Defendant TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER the total sum of Fifteen Thousand Dollars and No Cents ($15,000.00) in damages on her causes of action, together with her proper costs in this action; and it is

FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff ELAINE KING MILLER recover from Defendant TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER the total sum of Forty-three Thousand Dollars and No Cents ($43,000.00) in damages on her causes of action, together with her proper costs in this action; and it is

FURTHER ORDERED, ADJUDGED and DECREED that Plaintiffs LUCINDA G. MILLER and ELAINE KING MILLER recover from Defendant TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER the total sum of One Hundred Thousand Dollars and No Cents ($100,000.00) in reasonable and necessary attorney's fees on their causes of action, and it is

It is FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff shall recover from the Defendant post-judgment interest on this Judgment at the rate of 5.03% per annum as provided by law from the date of this Judgment until paid in full, for all of which let execution issue.

It is SO ORDERED, ADJUDGED and DECREED.

Signed and Entered this the _____ day of June, 2006.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE